# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 08-1035

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of North Dakota. |
| Loren Longie, | * | |
| | * | [UNPUBLISHED] |
| Appellant, | * | |
| _____ | * | |
| | * | |
| Spirit Lake Tribe, | * | |
| | * | |
| Garnishee. | * | |

_____

Submitted: May 15, 2009
Filed: May 19, 2009

_____

Before RILEY, SMITH, and BENTON, Circuit Judges.

_____

PER CURIAM.

Loren Longie challenges the district court's[1] order of garnishment, which was entered to help satisfy Longie's criminal restitution debt. On appeal, he argues that a tribal disbursement was not subject to collection by the government because it

_____

[1]The Honorable Ralph Erickson, United States District Judge for the District of North Dakota.

constituted "other income" under 26 U.S.C. § 6334(a)(9). After careful review, we conclude that section 6334(a)(9) does not apply in this case. *See* 18 U.S.C. § 3613(a)(1), (f) (United States may enforce judgment imposing fine using procedures for enforcement of civil judgment under federal law; notwithstanding any other federal law, judgment imposing fine may be enforced against all property or rights to property of person fined, except that property exempt from levy for taxes pursuant to § 6334(a)(1)-(8), (10), and (12) shall be exempt from enforcement of judgment; in accordance with 18 U.S.C. § 3664(m)(1)(A), all provisions of this section are available to United States for enforcement of order of restitution).

Accordingly, we affirm. *See* 8th Cir. R. 47B. We deny appellee's pending motion to supplement the record on appeal.

_____